**United States District Court**
**For**
**The Western District of New York**

**Court Order**

*[STAMP: UNITED STATES DISTRICT COURT FILED JUN 24 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

Date:  June 24, 2019

Defendant's Name: Patrick W. Carlineo, Jr.          Docket Number:  6:19-04052M-001

Honorable Marian W. Payson, U.S. Magistrate Judge

_____

THE COURT ORDERS:

☑  No Action  *provided the defendant attends his evaluation on 6/28/19*

☐  The Issuance of a Warrant

☐  The Issuance of a Summons

☐  Other

_____
Signature of Judicial Officer

_____
Date

Title 18 United States Code, Section 3154(5), Bail Violations